USDC SCAN INDEX SHEET

















RYC    9/23/03    14:41
3:01-CV-01973   ACOSTA V. CITY OF SAN DIEGO
*121*
*DECL.*

CASEY GWINN, City Attorney
ANITA M. NOONE, Assistant City Attorney
CARRA L. LASSMAN, Deputy City Attorney (SB#163269)

ORIGINAL

FILED

03 SEP 22 PM 3: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Office of The City Attorney
Civil Division
1200 Third Avenue, Suite 1200
San Diego, CA 92101-4184
Telephone: (619) 533-5800
Attorneys for Defendants City of San Diego
Joseph Krouss, Gary Hill, Eric Stafford
and Raphael Cimmarrusti

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ACOSTA, | CASE NO. 01cv1973 L (JAH) |
| Plaintiff, | DECLARATION OF GARY MICHAEL VILKE, M.D., IN SUPPORT OF DEFENDANTS CITY OF SAN DIEGO, JOSEPH KROUSS, GARY HILL, ERIC STAFFORD AND RAPHAEL CIMMARRUSTI'S **OPPOSITION** TO PLAINTIFF ELIZABETH ACOSTA'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY OF ADJUDICATION OF ISSUES |
| v. | |
| CITY OF SAN DIEGO, a municipal corporation; GARY HILL, JOSEPH KROUSS, ERIC STAFFORD, RAPHAEL CIMMARRUSTI & DOES 1-V, in their official & individual capacities; QUALCOMM STADIUM, an independent municipal agency; VOLUME SERVICES OF AMERICA dba MURPHY'S CLUB; MURPHY'S CLUB; HENRY FONTENETTE, MICHAEL OLIVER & DOES VI-X, in their representative & individual capacities; ELITE SHOW SERVICES, Inc.; DONALD WILLIAMS, VLADIMIR ATABEKIAN & DOES XI-XV, in their representative & individual capacities; SAN DIEGO CHARGERS, INC.; DOES XVI-XX. | |
| | Hearing Date:    October 6, 2003 |
| | Time:            10:30 a.m. |
| | Judge:           Hon. M. Lorenz |
| | Courtroom:       11 |
| Defendants. | |

I, Gary Michael Vilke, declare as follows:

1.  The following statements are based upon my personal knowledge, if called as a witness, I could and would competently testify thereto.

///

1

01cv1973 L (JAH)

2.      I am a medical doctor licensed by the State of California.

A true and correct copy of my curriculum vitae is attached to this declaration as Exhibit E.

3.      I am a full time faculty member in the department of emergency medicine at the

University of California, San Diego Medical Center. I am residency trained and board certified in

emergency medicine. I work for the medical center as the Director of Custody Services for the

San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care,

interface between the jail clinical staff and the hospital staff and have been involved in the process

of utilization review.

4.      I have been retained in this case as a medical expert on issues related to the carotid

restraint and other restraint techniques.

5.      I have previously published a review of blunt carotid injuries in the California

American College of Emergency Physicians Lifeline, a non-peer reviewed journal. I have

additionally written a chapter on Cervical Spine Injuries for the Five Minute Emergency Medicine

Consult Textbook.

6.      As a physician working at both the jail and in the emergency department that is

contracted to care for incarcerated patients, I have evaluated dozens of patients over the last ten

years who have been recipients of carotid restraints. I have never seen a patient with any

significant or permanent injuries as a result of the restraint. Given the frequency of use of this

procedure by law enforcement, I have previously done a complete review of the literature to assess

whether or not a patient even requires medical evaluation merely because the carotid restraint was

applied.

7.      The pathophysiology, and thus the safety, of the carotid restraint are relatively

straightforward and well delineated in many texts. The purpose is to place the arm around the neck

of the subject to be controlled. The crook of the elbow is placed at the anterior (front) region of the

neck and the forearm and upper arm come around the sides and are used to place pressure on the

lateral aspects of the neck where the carotid arteries are located. Pressure placed on the arteries

diminishes blood flow to the brain, quickly rendering the subject unconscious.

2

8.    The elbow being at the location of the anterior portion of the neck prevents pressure being placed on the airway itself. It is just a fulcrum, not a pressure point. Thus the term "choking out" of a person really is not accurate as there is no choking involved. That term was originally coined when in the past a true choke hold was being utilized: where the forearm crossed the anterior neck in a "bar-like" hold and there was truly choking and airway obstruction involved. This does not occur in a properly placed carotid restraint. And when the restraint is immediately released after rendering the subject unconscious, the procedure is safe without significant short or long-term effects.

9.    A more complete statement of my opinions in this case, and my review of the information and the basis for my opinions, are contained in a letter written by me on January 16, 2003. A true and correct copy of my letter is attached to this declaration as Exhibit F.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this ⟨18⟩ day of September, 2003, at San Diego, California.

Gary Michael Vilke

3

# CURRICULUM VITAE

## GARY MICHAEL VILKE, M.D., FACEP, FAAEM

HOME ADDRESS:

11397 Wills Creek Road
San Diego, CA  92131
Phone:  (858) 653-5292
Fax:     (858) 689-8644

Pager:  (800) 916-4179

OFFICE ADDRESS:

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92103-8676
Phone:  (619) 543-6210
Fax:     (619) 543-3115
E-mail: gmvilke@ucsd.edu

PERSONAL:   Born September 12, 1966 in Cleveland, Ohio
Marital Status:  Married, two children

EDUCATION:

| | |
|---|---|
| Academic: 1983-88 | B.S. in Zoology, University of California, Berkeley, Berkeley, California |
| Medical School: 1988-92 | M.D., University of California, San Diego School of Medicine, La Jolla, California |
| Internship: 1992-93 | Department of Surgery, University of California, San Diego Medical Center, San Diego, California |
| Residency: 1993-96 | Department of Emergency Medicine, University of California, San Diego Medical Center, San Diego, California    (Chief Resident:  1995-96) |

LICENSURE:   California Medical License Number G-78057

BOARD CERTIFICATIONS:

National Board of Medical Examiners, 1993
American Board of Emergency Medicine, 1997

E-1

APPOINTMENTS:

| | |
|---|---|
| 7/01 - Present | Associate Professor of Clinical Medicine, University of California, San Diego (UCSD) School of Medicine |
| 3/02 - Present | Interim Medical Director, San Diego County Emergency Medical Services |
| 4/01 - Present | Director, Custody Services, UCSD Medical Center |
| 1/01 - Present | Medical Director, Southwestern College Paramedic Training Program |
| 7/97 - Present | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - Present | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/00 - Present | Medical Director, Palomar College Paramedic Training Program |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/96 - Present | Medical Director, Mercy Air Medical Transport Service, San Diego, California |

PREVIOUS EXPERIENCE:

| | |
|---|---|
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 7/94 - 6/96 | Base Hospital Physician, University of California Medical Center |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

E-2

## HONORS AND AWARDS:

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |

## CERTIFICATIONS:

Basic Cardiac Life Support Provider

Advanced Cardiac Life Support Instructor

Pediatric Advanced Life Support Instructor

Advanced Trauma Life Support Provider

Hazardous Material Training, Level I

Pediatric Education for Prehospital Professionals (PEPP) Instructor

Advanced HAZMAT Life Support Provider

## PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1988-97

California Alumni Association, 1988

American College of Emergency Physicians, 1991-2000

Fellow, American College of Emergency Physicians, 2000

California Chapter of the American College of Emergency Physicians, 1991

Society for Academic Emergency Medicine, 1995

National Association of EMS Physicians, 1998

Fellow, American Academy of Emergency Medicine, 2000

California Chapter of the American Academy of Emergency Medicine, 2000

E-3

## CURRENT ACTIVITIES:

Member, Disaster Medical Assistance Team (CA-4), 1994

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997

Reviewer, *Annals of Emergency Medicine*, Mosby, 1998

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Member, San Diego County Bio-Terrorism Planning Group, 1999

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2000
(reviewer since 1994)

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001

Reviewer, *California Journal of Emergency Medicine*, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

E-4

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

## PREVIOUS ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Reviewer, *Journal of Emergency Medicine*, Pergamon Press, 1994-2000 (now on editorial board)

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Associate Editor, *Journal of Emergency Medicine*, Pergamon Press, 1996-97

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I, Pediatric Advanced Life Support Course, 1997-2002

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Member, Board of Directors, CAL/ACEP, 2001-02

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

E-5

CURRENT UCSD COMMITTEE MEMBERSHIPS:

    Medical Director's Group, 1997

    Research Committee, Department of Emergency Medicine, 1997

    Clinical Representative, Trauma Quality Assurance Program, 1998

    Trauma Multidisciplinary Committee, 2000

    UCSD Faculty Association, 2002

    Medical Risk Management Committee, 2002


PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

    Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

    Hospital Infection Control Committee, 1994-95

    Emergency Medicine Housestaff Association Representative, 1994-96

    Emergency Department Clinical Practices Committee, 1994-96

    Emergency Department Peer Review/Quality Assurance Committee, 1995-96

    Emergency Department Critical Care Room Process Action Team, 1996

    Credentials Committee, 1997-2000

    Paramedic/Emergency Department Interface Task Force, 1998-99

    Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

    Faculty Search Committee, Department of Emergency Medicine, 1999, 2000

E-6

CURRENT COMMITTEE MEMBERSHIPS:

San Diego County Base Hospital Physicians Committee, 1997

San Diego County Trauma Audit Committee, 1997

San Diego County Prehospital Audit Committee, 1997

San Diego County Aeromedical Protocol Committee, 1998

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998

San Diego County Committee on Pediatric Emergency Medicine, 1998

City of San Diego EMS Physicians' Advisory Committee, 1998

City of San Diego Prehospital Cardiac Advisory Committee, 1998

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998

San Diego Central Jail Quality Assurance Committee, 1999

San Diego Central Jail Medical Oversight Committee, 1999

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000

Education Committee, CAL/ACEP, 2000

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000

San Diego County Paramedic Training Joint Advisory Committee, 2000

SAEM EMS Interest Group, 2001

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001

Program Management Committee, San Diego County Metropolitan Medical Strike Team, 2001

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001

SAEM Program Committee, 2001

Didactic Subcommittee, SAEM Program Committee, 2001

San Diego County Sheriff's Mortality Review Committee, 2001

Air Medical Transport Section, American College of Emergency Physicians, 2001

Emergency Medical Services Section, American College of Emergency Physicians, 2001

San Diego County Public Health Preparedness Team, 2001

EMS Medical Director's Association of California, 2002

San Diego County EMS for Children (EMSC) Advisory Committee, 2002

E-7

Curriculum Vitae
Gary M. Vilke, M.D., FACEP

## PREVIOUS COMMITTEE MEMBERSHIPS:

Practice Management Committee, CAL/ACEP, 1994-95

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99 (now chairman)

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Chair, San Diego County Prehospital Audit Committee, 1998-2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego County Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

E-8

Curriculum Vitae
Gary M. Vilke, M.D., FACEP

## FUNDED RESEARCH:

1.  County of San Diego, with Tom Neuman and Theodore Chan, for evaluation of positional asphyxia in the hobble restraint position, 1995--$30,000

2.  Cook Medical Products, with Theodore Chan, for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, 1997--$10,000

3.  American Academy of Forensic Sciences, with John Eisele, Jack Clausen, Tom Neuman and Theodore Chan, for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, 1998--$2,500

4.  Co-Investigator, with Theodore Chan, for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176.

5.  Beutlich Pharmaceuticals, with Albert Jin, Theodore Chan and Daniel Davis, for evaluation of Hurricaine anesthetic in patients with dyspepsia, 2001--$1,500

E-9

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11397 Wills Creek Road*
*San Diego, California 92131*
*(858) 653-5292*

January 16, 2003

Carra L. Lassman
San Diego City Attorney's Office
1200 Third Avenue Suite 1100
San Diego, CA 92101

RE : Elizabieth M. Acosta v. City of San Diego, et al.

Dear Ms. Lassman:

As per your request, I have reviewed the materials from the above referenced case. This includes, but is not limited to:

Expert report of Dr. George Le Beau
Exhibit V (26 articles submitted from the criminal trial)
Medical records from George R. Le Beau, D.C.
San Diego Police Department Procedure No. 1.04: Carotid Restraint
San Diego Police Department Procedure No. 1.08: Use of Force
Report by Lawrence Richman, President Heritage Security Services
Report by E.J Pellegrino, Use of force consultant
Written Statement by presumably Elizabeth Acosta dated 11/6/00
Police report by G. Hill dated 10/30/00

After reviewing the material, there are several issues that are clear given this information.

Elizabeth Acosta was attending a football game, had been drinking and ultimately was involved in an altercation with police officers on 10/29/00. After her interactions, she reported in a letter dated 11/6/00, that she was restrained in a hogtie position that "was very painful for my wrists." She reported no other physical complaints in this statement. I did not see any reports of evaluation by a medical doctor for her injuries, but only a report by a chiropractor, Dr. George Le Beau.

To the best that I can decipher from his clinic notes, on 11/7/00 Dr. Le Beau evaluated Ms. Acosta and subjectively noted some neck pain, shoulder tension and nervousness. His report documents multiple bruises, including to the chest and lower back. He also documents "very sore abdominal wall area" over the region of the left upper quadrant of the abdomen. I did not see any reports of objective radiographic evaluations of these regions. As a trained emergency physician, this concerns me. Either the injuries were truly not as dramatic or as "very sore" as documented and thus would lead me to be suspicious of other statements or reports presented by Dr. Le Beau, or Dr. Le Beau was not acting in the patient's best interest which would have been to refer Ms. Acosta to a medical doctor for evaluation, since abdominal pain of this degree after reported trauma could be indicative of internal injury. As the patient was not referred for a medical evaluation of the abdomen or any of her other reported injuries, I presume that the chiropractic records are exaggerated, and thus difficult to interpret.

F-1

In Dr. Le Beau's report, he spends a great deal of time dramatically discussing the documentation of some bruises and reporting that touching or palpating a bruise is uncomfortable. Clearly, any person who has had a bruise in his or her lifetime and had it touched can report this finding. He notes some bruising to her neck, which ultimately, is just a bruise to her neck. He uses this not infrequent physical finding to go into a melodramatic and exaggerated explanation about the neck being extremely sensitive to "any kind of trauma". Clearly, a significant amount of trauma to any part of the body can have significant consequences with the right clinical presentation, but to imply that "any" trauma to the neck put the patient at risk for spinal cord injury and paralysis is absurd. One of the mainstays of chiropractic treatments is neck manipulations, which by his definition, would put patients at risk for paralysis. Again, this report by Dr. Le Beau is challenging to sort through because of the exaggerated nature of his writing. Ultimately, it appears that the greatest injuries that Ms. Acosta suffered were some bumps and bruises.

Dr. Le Beau discussed his opinion on the application of carotid holds. He states that the carotid hold is "extremely dangerous and the potential for permanent and serious injury, even death, is enormous and always present." Yet, Dr. Le Beau discusses he spent over ten years at the mat with the US Judo Team and trained in this competitive sport that supports and teaches the use of this hold. In fact, he even allowed someone to apply this "extremely dangerous" choke hold to him, even though many of his athletes "have suffered long-term problems resulting from the carotid hold." So even though Dr. Le Beau supports the sport of judo with the long history of utilizing choke holds, he continues to emphasize its inherent risks.

Dr. Le Beau is accurate in that there are case reports of carotid restraints used by law enforcement having been associated in disability and death. Additionally, there are really no reports of death associated with choke holds in the sport of judo since its inception in 1882. Does this mean that carotid restraint should not be used? The medical literature also reports many more patients suffering permanent paralysis and strokes at the hands of chiropractors through manipulations, so does this mean that chiropractic manipulations are "extremely dangerous" and should not be used?

The obvious answer to both questions is no. In trained individuals performing their procedures correctly on appropriate candidates, both of these procedures (carotid restraints and chiropractic manipulations) are commonplace and are accepted as standard of practice in the community. For Dr. Le Beau to point a finger at trained police officers appropriately utilizing a carotid restraint, while he supports its use in judo and practices as a chiropractor, is hypocritical and unreasonable.

Additionally, the patient, to the best that I can determine, suffered no significant medical dysfunction or injuries. For Dr. Le Beau to support this case based on what possibly *could* have happened is like somebody suing a chiropractor who performed a neck manipulation for the possibility that there *could* have been permanent neurological injures based of a review of the medical literature.

The pathophysiology, and thus the safety, of the carotid restraint are relatively straightforward and well delineated in many texts. The purpose is to place the arm around the neck of the subject to be controlled. The crook of the elbow is placed at the anterior (front) region of the neck and the forearm and upper arm come around the sides and are used to place pressure on the lateral aspects of the neck where the carotid arteries are located. Pressure placed on the arteries diminishes blood flow to the brain, quickly rendering the subject unconscious.

The elbow being at the location of the anterior portion of the neck prevents pressure being placed on the airway itself. It is just a fulcrum, not a pressure point. Thus the term "choking out" of a person really is not accurate as there is no choking involved. That term was originally coined when in the past when a true choke hold was being utilized: where the forearm crossed the anterior neck in a "bar-like" hold and there was truly choking and airway obstruction involved. This does not occur in a properly placed carotid restraint. And when the restraint is immediately released after rendering the subject unconscious, the procedure is safe without significant short or long-term effects.

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in emergency medicine. I work for the medical center as the Director of Custody Services for the San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care, interface between the jail clinical staff and the hospital staff, and have been involved in the process of utilization review.

F-2

As a physician working at both the jail and in the emergency department that is contracted to care for incarcerated patients, I have evaluated dozens of patients over the last ten years who have been the recipients of carotid restraints. I have never seen a patient with any significant or permanent injures as a result of the restraint. Given the frequency of use of this procedure by law enforcement, I have previously done a complete review of the literature to assess which patients even need medical evaluation after having the carotid restraint applied. I have previously published a review of blunt carotid injuries in the California American College of Emergency Physicians Lifeline, a non-peer reviewed journal. I have additionally written a chapter on Cervical Spine Injuries for the Five Minute Emergency Medicine Consult Textbook.

Appendix A, as requested, is list of all publications authored by me over the previous ten years. Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years. Additional information considered by me in the preparation of this opinion are included in Appendix C. My rate of compensation is $400.00/hr for review and discussion and $350.00 for deposition and trial testimony.

If you have any question or comments, please feel free to contact me at any time. I can be most readily reached at my home number, (858) 653-5292. If you need to reach me urgently, I am on 24-hour pager call via the pager operator at (619) 543-6737. My e-mail address is gmvilke@ucsd.edu.

Respectfully submitted,

Gary M. Vilke, M.D., FACEP, FAAEM
Associate Professor of Clinical Medicine
Interim Medical Director, San Diego County EMS
Director, Custody Services, UCSD Medical Center

F-3

<u>Appendix A</u>

<u>List of all publications authored over the last ten years</u>

<u>Original Peer-Reviewed Articles</u>

1.  Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P: Intubation techniques in the helicopter. J Emerg Med 1994;12(2):217-224.

2.  Rockwell E, Jackson E, Vilke G, Jeste DV: A study of delusions in a large cohort of Alzheimer's disease patients. Am J Geriatric Psychiatry 1994;2(2):157-164.

3.  Chan T, Vilke GM, Williams S: Bi-directional ventricular tachycardia in a patient with digoxin toxicity. J Emerg Med 1995;13(1):89.

4.  Vilke GM: Misplaced intravascular catheters in a patient with acute renal failure. J Emerg Med 1995;13(3):379.

5.  Vilke GM, Vilke TS, Rosen P: The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*. J Emerg Med 1995;13(4):457-460.

6.  Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

7.  Vilke GM, Hayden SR: Intraorbital air in a patient status post-facial trauma. J Emerg Med 1996;14(1):77.

8.  Vilke GM, Jacoby I, Manoguerra AS, Clark R: Disaster preparedness of poison control centers. Clin Toxicol 1996;34(1):53-58.

9.  Vilke GM: "No worries." J Emerg Med 1996;14(5):641-642.

10.  Vilke GM, Honingford EA: Cervical spine epidural abscess in a patient with no predisposing risk factors. Ann Emerg Med 1996;27(6):777-780.

11.  Vilke GM, Honingford EA: Diabetes and neck pain (Letter to the editor). Ann Emerg Med 1996;28(6):731.

12.  Vilke GM, Wulfert EA: Case reports of two patients presenting with pneumothorax following acupuncture. J Emerg Med 1997;15(2):155-157.

13.  Vilke GM: Chest pain in an elderly patient. J Emerg Med 1997;15(4):523.

14.  Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Ann Emerg Med 1997;30(5):578-586.

15.  Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital patients signed out against medical advice by field paramedics. Ann Emerg Med 1998; 31(2):247-250.

16.  Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol 1998;19(3):201-205.

17.  Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor). Ann Emerg Med 1998;32(1):117-118.

*F-4*

18. Vilke GM, Mahoney G, Chan TC: Postpartum coronary artery dissection. Ann Emerg Med 1998;32(2):260-262.

19. Rosa CM, Schwartz BL, Vilke GM: The prehospital electrocardiogram: Future standard of care? Top Emerg Med 1998;20(3):23-29.

20. Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P: Cricothyrotomy technique: Standard versus the rapid four-step technique. J Emerg Med 1999;17(1):17-21.

21. Davis DP, Stephen KAC, Vilke GM: Inaccuracy in endotracheal tube verification using a Toomey syringe. J Emerg Med 1999;17(1):35-38.

22. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P: Emergency department airway management before and after an emergency medicine residency. J Emerg Med 1999;17(3):427-431.

23. Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P: Use of the Trousseau dilator in cricothyrotomy. J Emerg Med 1999;17(3):433-436.

24. Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I. J Emerg Med 1999;17(3): 479-489.

25. Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II. J Emerg Med 1999;17(4): 697-709.

26. Vilke GM, Buchanan J, Dunford JV, Chan TC: Are heroin overdose deaths related to patient release after prehospital treatment with naloxone? Prehosp Emerg Care 1999;3(3):183-186.

27. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P: Nasotracheal intubation in the emergency department, revisited. J Emerg Med 1999;17(5):791-799.

28. Vilke GM: FOOSH injury with snuff box tenderness. J Emerg Med 1999;17(5):899-900.

29. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF: Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor). Acad Emerg Med 1999;6(10):1075-1076.

30. Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

31. Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

32. Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

33. Sloane CM, Vilke G: The other olive associated with vomiting. J Emerg Med 2000; 18(3):375.

34. Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

35. Ma G, Vilke GM: Amoebic abscess. J Emerg Med 2000;18(4):465-466.

36.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw.  J Emerg Med 2000;19(2):125-129.

37.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P:  Rapid sequence intubation in the field versus hospital in trauma patients.  J Emerg Med 2000;19(3):259-264.

38.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation.  Ann Emerg Med 2000;36(4):293-300.

39.  Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J:  Successful prehospital airway management by EMT-Ds using the Combitube.  Prehosp Emerg Care 2000;4(4):333-337.

40.  Vilke GM, Marino A, Iskander J, Chan TC:  Emergency department patient knowledge of medications.  J Emerg Med 2000;19(4):327-330.

41.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation.  J Emerg Med 2001;20(1):1-5.

43.  Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44.  Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2001;5(2):163-168.

45.  Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

46.  Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG:  Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med 2001;21(1):47-57.

47.  Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48.  Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps.  J Emerg Med 2001;21(2):125-128.

49.  Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50.  Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.  Washington, DC: United States Department of Justice, National Institute of Justice.

F-6

52. Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. J Emerg Med 2002;22(1):71-74.

53. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function. J Forensic Sci 2002; 47(2):299-304.

54. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC: Midazolam for the treatment of out-of-hospital pediatric seizures. Prehosp Emerg Care 2002;6(2):215-217.

55. Vilke GM, Chan TC: Agitated delirium and sudden death (Letter to the editor). Prehosp Emerg Care 2002;6(2):259-260.

56. Vilke GM, Fisher R, Chan TC: An evaluation of the risk for latex allergy in prehospital EMS providers. J Emerg Med 2002;22(4):345-348.

57. Vilke GM: Food-dependent exercise-induced anaphylaxis. Prehosp Emerg Care 2002; 6(3):348-350.

58. Vilke GM, Snyder B: High pressure paint spray gun injury. J Emerg Med 2002;23(2):203-204.

59. Chew GS, Vilke GM, Davis DP, Chan TC: Toomey[TM] syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation. J Emerg Med 2002;23(4): 337-340.

60. Vilke GM: Aeromedical Emergencies: Intro to the section. J Emerg Med 2002;23(1):49.


Books / Book Chapters

1. Vilke GM: Head Trauma, Blunt. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 472-473.

2. Vilke GM: Head Trauma, Penetrating. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, 474-475.

3. Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001.

4. Vilke GM: Urethral Catheterization (Chapter 5: Genitourinary System). In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

5. Vilke GM: Cystostomy (Chapter 5: Genitourinary System). In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

6. Vilke GM: Bladder Aspiration (Chapter 5: Genitourinary System). In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

7. Vilke GM: Dorsal Slit in Phimosis (Chapter 5: Genitourinary System). In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

F-7

8.    Vilke GM:  Manual Paraphimosis Reduction (Chapter 5: Genitourinary System).  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

9.    Vilke GM:  Zipper Removal (Chapter 5: Genitourinary System).  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

10.   Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: <u>Prehospital Trauma Care</u>.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

11.   Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting in the Emergency Department.  In: <u>Prehospital Trauma Care</u>.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 737-751.

12.   Vilke GM:  Cervical Spine Injury, Adult.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

13.   Vilke GM:  Extremity Trauma, Penetrating.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

14.   Vilke GM:  Head Trauma, Blunt.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

15.   Vilke GM:  Head Trauma, Penetrating.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

16.   Vilke GM:  Ring/Constricting Band Removal.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

17.   Vilke GM:  Warts.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

18.   Vilke GM:  Fournier's Gangrene.  In: <u>The 5 Minute Emergency Medicine Consult</u> (second edition).  Hayden SR, Schaider JJ, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2002, accepted.

<u>Peer-Reviewed Abstracts</u>

1.    Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.    Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.    Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.    Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.   Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.   Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.   Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.   Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.   Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

14.  Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  Prehospital Emerg Care 1998;2(3):223.

15.  Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for children in status epilepticus.  Prehospital Emerg Care 1998;2(3):232.

16.  Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  Prehospital Emerg Care 1998;2(3):233.

17.  Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Prehospital Emerg Care 1998;2(3):236.

18.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

19.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  Ann Emerg Med 1998;32(3)Part 2:S13.

20.  Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

F-9

21. Marino AT, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures. Ann Emerg Med 1998;32(3)Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. Ann Emerg Med 1998; 32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation? Ann Emerg Med 1998;32(3)Part 2:S51.

26. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehospital Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehospital Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehospital Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC: Knowledge of prescribed medications by emergency department patients. Acad Emerg Med 1999;6(5):539.

37. Davis D, Marino A, Vilke G, Dunford J, Videen J: Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon. Ann Emerg Med 1999;34(4)Part 2: S40-S41.

F-10

38.   Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2000;4(1):90.

39.   Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  Prehosp Emerg Care 2000; 4(1):92.

40.   Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back.  Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41.   Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum.  Acad Emerg Med 2000;7(5):471.

42.   Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors.  Acad Emerg Med 2000;7(5):483.

43.   Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

44.   Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45.   Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46.   Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47.   Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

48.   Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

49.   Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

50.   Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Acad Emerg Med 2001;8(5):500.

51.   Vilke GM, Simmons C, Brown L, Skogland P, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  Acad Emerg Med 2001;8(5):526.

52.   Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

53.   Cardall TY, Glasser JL, Davis D, Vilke GM:  Cricothyrotomy training in emergency medicine residencies.  Ann Emerg Med 2001;38(4):S9.

*F-11*

54.   Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J: Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals. Ann Emerg Med 2001;38(4):S33.

55.   Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Prehosp Emerg Care 2002;6(1):144.

56.   Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM: Impact of an on-call physician on emergency 911 transports from a county jail. Prehosp Emerg Care 2002;6(1):162.

57.   Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. Prehosp Emerg Care 2002;6(1):164.

58.   Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. Prehosp Emerg Care 2002;6(1):165.

59.   Jin AS, Chan T, Davis D, Vilke G: Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia. Acad Emerg Med 2002;9(5):381-382.

60.   Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J: Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments. Acad Emerg Med 2002;9(5):389.

61.   Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM: Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED? Acad Emerg Med 2002;9(5):407.

62.   Glasser JL, Cardall TY, Podboy M, Vilke GM: Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider. Acad Emerg Med 2002;9(5):422-423.

63.   Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM: Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department? Ann Emerg Med 2002;40(4):S7-S8.

64.   Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G: The clinical presentation and outcome of emergency department patients with spinal epidural abscess. Ann Emerg Med 2002;40(4): S103.

F-12

## Appendix B

### List of all cases in which testified as an expert in trial or deposition within the preceding four years

**May 12, 2000 - Deposition**

Jesse Molina, as a personal representative of Frankie Sierra, deceased, and on behalf of the Estate of Frankie Sierra, and Rebecca Molina, as mother and next friend of Ramon Sierra, a minor v. The Town of Silver City, New Mexico et al.
U.S. District Court, District of New Mexico
Silver City, New Mexico
Case # 98-1108 LH/JHG

**September 26, 2000 – Deposition**

Craig Bickford, individually and as next friend for Danielle Bickford v. William Parks, M.D., and CH Allied Services, Inc. d/b/a Boone Hospital Center, and Emergency Physicians of Mid-Missouri, P.C.
Boone County Circuit Court
Columbia, Missouri
Case # 99CV164176

**April 5, 2001 – Deposition**

Bonnie Keeney, Administratrix of the Estate of Edward J. Nolan v. City of New London, et al.
United States District Court for the District of Connecticut
Hartford, Connecticut
Civil Action # 399CV2096 JCH

**July 30, 2001 – Trial**

Marcellina R. Stenson v. City of Knoxville, Tennessee, et al.
United States District Court
Knoxville, Tennessee
Case # 3:98-CV-142

**September 23, 2002 – Trial**

Bonnie Keeney, Administratrix of the Estate of Edward J. Nolan v. City of New London, et al.
United States District Court for the District of Connecticut
Hartford, Connecticut
Civil Action # 399CV2096 JCH

**December 12, 2002 – Deposition**

Estate of Steven Richardson et al v. Jeffrey Sabine, M.D. et al.
Oklahoma City, Oklahoma
Case # 9989-003

*F-13*

Appendix C

Additional information considered by me in the preparation of this opinion

Lee KP, Calini WG, McCormick GF, Albers GW. Neurologic complications following chiropractic manipulation: survey of California neurologists. Neurology 1995; 45(6):1213-5.

Klougart N, Leboeuf-Yde C, Rasmusen LR. Safety in chiropractic practice, Part I; The occurrence of cerebrovascular accidents after manipulation to the neck in Denmark form 1978-1988. J Manipulative Physio Ther 1996; 19(6):371-7.

Klougart N, Leboeuf-Yde C, Rasmusen LR. Safety in chiropractic practice, Part II; Treatment to the upper neck and the rate of cerebrovascular accidents. J Manipulative Physio Ther 1996; 19(9):563-9.

Koiwai EK. Deaths allegedly caused by the use of "Choke Holds" (Shime-Waza). J Forens Sci 1987; 32(2):419-32.

Reay DT, Eisele JW. Death from law enforcement neck holds. Am J Forens Med Path 1982; 3(3):253-8.

Owens RG, Ghadaili EJ. Judo as a possible cause of anoxic brain damage. J Sports Med Phys Fitness 1991; 31:627-8.

Reay DT, Holloway GA. Changes in carotid blood flow produced by neck compression. Am J Forens Med Path 1982; 3(3): 199-202.

Rodriquez G, Francione S, Gardella M, et al. Judo and choking: EEG and regional cerebral blood flow findings. J Sports Med Phys Fitness 1991; 31:605-10.

Rau R, Raschka C, BrunnerK, Banzer W. Spectral analysis of electroencephalography changes after choking in judo (juji-jime). Med Sci Sports Exerc 1998; 1356-62.

F-14